ACCEPTED
04-14-00824-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/13/2015 2:34:34 PM
KEITH HOTTLE
CLERK

*I*

ATTORNEY AT LAW
15751 HIGHWAY 16 NORTH
MEDINA, TEXAS 78055
TEL: (830) 589-7587
FAX: (830) 589-7598

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

03/13/2015 2:34:34 PM

KEITH E. HOTTLE
Clerk

March 13, 2015

Court of Appeals
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037
Attention: Keith E. Hottle, Clerk

Re: Court of Appeals Numbers: 04-15-0006-CV
04-14-00824-CV
Trial Court Case No.: CV-13-0200356
CV-13-0100356
Style: Robert Tyson et als. v. Robert N. Freeman II
Robert Tyson et als. v. Demar Boren and Lorena Yeates

Dear Mr. Hottle:

Pursuant to the Orders received by me yesterday, I am enclosing two Amended Notices of Appeal, one for each of the two matters severed by the trial court and given separate cause numbers. Since there is some confusion as to whether these should be filed with the District Court Clerk or only with the 4th Court of Appeals, I am doing both. I have enclosed a copy filed today with the District Clerk, and will efile a copy with the Court of Appeals as well. All counsel on my service list will be served with the Amended Petitions and a copy of this letter.

I also enclose filing fee for the second appeal in the sum of $195.00.

If there are any questions regarding this filing, please contact me. Thank you for your kind consideration.

Very truly yours,

Carole K. Boyd

CKB:hs
Cc: C. Dixon Mosty via e-filing
Stephen Schulte via e-filing